IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ENCOMPASS TELESERVICES, INC., an
Oregon corporation,

       Plaintiff,                Case No. CV04-821-HU

   vs.

RANDALL LEE SCHEETS, aka RANDY
SCHEETS,

       Defendant.
_____

RANDY SCHEETS,                          JUDGMENT

       Third-Party Plaintiff,

   vs.

SAVANT CALL CENTER ASSOCIATES, INC.
an Arizona corporation; JOHN J.
CARGAL; MICHAEL A. BOYLE; PATRICK
BOYLE; and KAROL W. KERSH,

       Third-Party Defendants.
_____

     Based on the record,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of third-party plaintiff Randall Scheets for the sum of

$900,000.00, against third-party defendants Michael A. Boyle and Patrick Boyle, both jointly and severally, and third-party plaintiff is awarded his costs.

    DATED this __18th__ day of December, 2008.

                                /s/ Dennis J. Hubel

                                Dennis J. Hubel
                                United States Magistrate Judge